UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKANIYENE WILLIAM ETUK

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

NEW YORK CITY POLICE DEPT, BROOKDALE
UNIVERSITY HOSPITAL, CIVILIAN
COMPLAINT BOARD (CCRB) JOHN DOE
OFFICERS — 1 — 10

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
   □ Yes   □ No

RECEIVED SDNY PRO SE OFFICE
2024 JUN 24 PM 2:13

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

VIOLATION OF RIGHTS TO PRIVACY, EXCESSIVE FORCE, FALSE IMPRISONMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, DUE PROCESS VIOLATIONS

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

AKANIYENE      W      ETUK
First Name          Middle Initial      Last Name

2404 ATLANTIC AVENUE #04
Street Address

BROOKLYN                NY              11233
County, City                State          Zip Code

(818) 485-9411 - (929) 616-0970    awetukooz @ gmail.com
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   _New York Police Department_

First Name                      Last Name

Current Job Title (or other identifying information)

_1 Police Plaza_

Current Work Address (or other address where defendant may be served)

_New York_                _NY_              _10038_

County, City                      State              Zip Code

Defendant 2:   _Brookdale University Hospital_

First Name                      Last Name

Current Job Title (or other identifying information)

_One Brookdale Plaza_

Current Work Address (or other address where defendant may be served)

_Brooklyn_                _NY_              _11212_

County, City                      State              Zip Code

Defendant 3:   _Civilian Complaint Review Board (CCRB)_

First Name                      Last Name

Current Job Title (or other identifying information)

_100 Church Street # 10th Floor_

Current Work Address (or other address where defendant may be served)

_New York_                _NY_              _10007_

County, City                      State              Zip Code

Page 4

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*See ATTACHED DOCUMENT MARKED (1)*



**United States District Court**

**Southern District of New York**

500 Pearl Street

New York, NY 10007


Akaniyene William Etuk

2404 Atlantic Avenue #o4

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818)485-9411 / 1(929) 676-0970


**Pro Se Plaintiff**


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**


**Akaniyene William Etuk,**

Plaintiff,


v.


**New York City Police Department (NYPD), Brookdale University Hospital, Civilian**

**Complaint Review Board (CCRB), and John Doe Officers 1-10,**

Defendants.


**Case No.:** _____

United State District Court

**COMPLAINT**

**Introduction**

This is a civil rights action brought by Plaintiff, [Your Name], against officers of the New York City Police Department ("NYPD"), Brookdale University Hospital, the Civilian Complaint Review Board ("CCRB"), and John Doe Officers 1-10 for violations of Plaintiff's constitutional rights, including the right to privacy, protection against unreasonable searches and seizures, and the right to be free from excessive force, as well as other state law claims.

**Jurisdiction and Venue**

1.  This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 42 U.S.C. § 1983 (civil action for deprivation of rights).

2.  Venue is proper in the Southern District of New York under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in this district.

**Parties**

3.  Plaintiff, Akaniyene William Etuk, is a resident of Brooklyn, New York.

4.  Defendant, New York City Police Department (NYPD), is a municipal agency located at 1 Police Plaza, New York, NY 10038.

5.  Defendant, Brookdale University Hospital, is a healthcare facility located at One Brookdale Plaza, Brooklyn, NY 11212.

6.  Defendant, Civilian Complaint Review Board (CCRB), is an agency located at 100 Church Street, 10th Floor, New York, NY 10007.

United State District Court

7. Defendants John Doe Officers 1-10 are officers of the NYPD whose identities are currently unknown.

**Facts**

8. On September 17, 2022, at approximately 9:00 AM, NYPD officers showed up at my place of residence at 2858 Linden Boulevard #3C, Brooklyn, NY 11208, to question my eligibility of residency. I presented proof of payments and informed them that I had established residency as required by state law. The NYPD officers left but returned with different groups of officers to forcefully and unlawfully remove me from my residence, rendering me homeless after I had established residency.

9. Officers of the NYPD, without contract, forced me to identify myself, violating my right to privacy.

10. Officers of the NYPD made several legal determinations without possessing a license to practice law.

11. Officers of the NYPD did not show their identification cards, thus failing to verify themselves as registered law enforcement officers.

12. Officers of the NYPD approached me with guns drawn and, under threat, duress, and coercion, forced me to leave my residence even though I was on the phone with the police emergency unit trying to figure out why their officers were at my residence.

13. Officers of the NYPD used force to the extent of causing pain and injury, placing me in handcuffs without any slack, which caused injury to my wrist.

14. Officers of the NYPD transported my service animal and me to a different location without a contract or my permission.

United State District Court

15. Officers of the NYPD transported me to Brookdale University Hospital, located at One Brookdale Plaza, Brooklyn, NY 11212, where I was injected with a substance without my permission or consent, despite my forewarning against it.

16. Upon arrival at Brookdale University Hospital, I was left in pain caused by the tight handcuffs. Despite pleading with the responding doctor, Nashua Wisdom, MD, that the handcuffs were causing pain and injury to my hand, she ignored my pleas and walked away, leaving me under undue and unjustifiable punishment.

17. There is no evidence that these officers signed or did not sign an oath to "We the People."

18. There is no evidence that these officers are in fact police or policy enforcers for the original republic.

19. There is no evidence that these officers are not working for a foreign corporation.

20. There is no evidence that there was a victim to which I may have caused harm.

21. There is no evidence that these NYPD officers did not lose all my personal properties, which I never got back after I was forcefully and unlawfully removed from my place of residence.

22. The matter was reported to the Civilian Complaint Review Board (CCRB), which investigates complaints against NYPD officers. However, CCRB closed the case, denying me equal practice of the law, despite knowing that the NYPD had violated state law by not honoring my establishment of residency. The CCRB's actions in joining the NYPD's conduct amounted to bullying.

**Claims for Relief**

**Count I: Violation of the Right to Privacy**

United State District Court

23. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

24. Defendants' actions in forcing Plaintiff to identify himself without justification violated Plaintiff's right to privacy.

## Count II: Excessive Force

25. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

26. Defendants' use of physical force against Plaintiff without lawful justification constituted excessive force in violation of the Fourth Amendment.

## Count III: False Imprisonment

27. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

28. Defendants' actions in detaining Plaintiff without lawful justification constituted false imprisonment.

## Count IV: Intentional Infliction of Emotional Distress

29. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

30. Defendants' actions intentionally inflicted emotional distress on Plaintiff.

## Count V: Negligent Infliction of Emotional Distress

United State District Court

31. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

32. Defendants' actions negligently inflicted emotional distress on Plaintiff.

**Count VI: Due Process Violations**

33. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-22 as though fully set forth herein.

34. Defendants' actions deprived Plaintiff of liberty and property without due process of law, in violation of the Fourteenth Amendment.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, and award Plaintiff:

A. One million dollars ($1,000,000.00) for each violation of Plaintiff's constitutional rights and state law claims;

B. Punitive damages in an amount to be determined at trial;

C. Declaratory relief stating that Defendants' actions violated Plaintiff's constitutional rights;

D. Injunctive relief preventing Defendants from engaging in similar conduct in the future;

E. Reasonable attorney's fees and costs of this action;

F. Such other and further relief as the Court deems just and proper.

United State District Court

**Judge Demand**

Plaintiff demands a trial by Judge on all issues so triable.

**Exhibits**

- Exhibit A: Hospital Record

- Exhibit B: Copy of Payments Made to Cory

- Exhibit C: CityMD Record Showing Soft Tissue Swelling Around the Handcuff Region

- Exhibit D: BronxCare Health System Orthopaedic Referral
- Exhibit E: LETTER FROM CCRB

Dated: 06 / 24 / 2024

Respectfully submitted,

Akaniyene William Etuk

Plaintiff, Pro Se

2404 Atlantic Avenue #o4

Brooklyn, New York, 11233

awetuk001@gmail.com

1(818)485-9411 / 1(929) 676-0970

**ONE BROOKLYN HEALTH SYSTEM**
BROOKDALE UNIVERSITY HOSPITAL
One Brookdale Plaza
Brooklyn NY 11212-3139

Etuk, Akaninyene
MRN: 4090093, DOB: 1/8/1977, Sex: M
Acct #: 2005126763
Adm: 9/18/2022, D/C: 9/18/2022

### 09/18/2022 - ED in BHMC Emergency Department

## Reason for Visit

### Chief Complaint

- Seizures (Went to CPEP and came back as seizure complaint)

### Visit Diagnoses

| Name | Is ED? |
|---|---|
| Other psychotic disorder not due to substance or known physiological condition (primary) | No |
| Seizure | Yes |

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 09/18/2022 0031 | Admit Date/Time: | 09/18/2022 0051 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Other | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | One Brooklyn Health | Unit: | BHMC Emergency Department |
| Admit Provider: | | Attending Provider: | Carolyne Gichinga, MD | Referring Provider: | |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **AMA** | -- | Nashua Wisdom, MD | Sun Sep 18, 2022 5:14 AM | -- |

### Discharge Information

Date/Time: 09/18/2022 0609          Disposition: Left Against Medical Advice     Destination: Left Ama
Provider: —                         Unit: BHMC Emergency Department

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Fawaz Faisal, MD | Neurology | | | 1218 W Olive Dr Burbank CA 91506 818-845-2255 |

## Visit Account Information

### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|---|---|---|---|---|
| Etuk, Akaninyene | 2005126763 | Emergency | Billed | METRO PLUS INSURANCE - METROPLUS MEDICAID |

### Guarantor Account (for Hospital Account #2005126763)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|---|---|---|---|---|
| Etuk, Akaninyene | Self | BH | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 1923 MCDONALD AV 167 BROOKLYN, NY 11223-1828 | 818-485-9411(H) | | | |

### Coverage Information (for Hospital Account #2005126763)

| F/O Payor/Plan | | | | Precert # |
|---|---|---|---|---|

Printed on 1/5/23 11:56 AM

Pa

3/8/23, 8:36 PM      Experity Teleradiology - ETUK, AKANINYENE - 46y - DX - 1 body part - xray - 3/8 - 07:10



## WALK-IN URGENT CARE

1345 RXR Plaza Uniondale, NY 11556 T: 516-342-7075

3/8/23, 8:36 PM

| | | | |
|---|---|---|---|
| Patient Name: | ETUK, AKANINYENE | DOB: | 1/8/77 |
| Patient MRN: | 24202122 | Gender: | M |
| Study Date: | Mar 8, 2023 8:10:04 PM EST | Accession: | AC272833639 |
| Description: | XLVV X RAY RIGHT HAND 3 VIEWS | Ref Phys: | YOUSSEF HANNI GEORGE |

Right hand 3 images

No acute fracture or dislocation is seen.  There is some soft tissue swelling.

Impression: No acute fracture noted.

*Electronically signed on Mar 8, 2023 8:34:50 PM EST (ET) by:*
*Jeffrey L. Lieberman, MD*

# ⊞CITYMD
# WALK-IN URGENT CARE

1345 RXR Plaza Uniondale, NY 11556 T: 516-342-7075

| Patient Name: | ETUK, AKANINYENE | DOB: | 1/8/77 |
|---|---|---|---|
| Patient MRN: | 24202122 | Gender: | M |
| Study Date: | Mar 8, 2023 8:12:45 PM EST | Accession: | AC272833636 |
| Description: | TILI X RAY RIGHT WRIST 3 VIEWS | Ref Phys: | YOUSSEF HANNI GEORGE |

Right wrist 3 views

No acute fracture or dislocation is noted.

Impression: No acute fracture noted.  If however the patient has pain localized to the scaphoid region, follow-up study in 7-10 days is suggested

Patient Name:     ETUK, AJ

Patient MRN:     24202122

*Electronically signed on Mar 8, 2023 8:36:11 PM EST (ET) by:*
*Jeffrey L. Lieberman, MD*

| | | |
|---|---|---|
| MRN: 1079-2802 | **ETUK, Akaninyene** | **BronxCare Health System** |
| Visit: 119-140-923 | Gender: Male | **Current Location:** |
| Age: 46y (08-Jan-1977) | | **BronxCare Orthopedics** |

**Orthopaedic Referral Note [Charted Location: BronxCare Orthopedics] [Date of Service: 23-Feb-2023 12:45, Authored: 23-Feb-2023 12:45]- for Visit: 119-140-923**, *Complete, Entered, Signed in Full, General*

**Encounter Type:**
• **Encounter Type:** Face to Face

**PATIENT INFORMATION:**
**Patient Information:**
Patient Name ETUK Akaninyene.

Address 1923 MCDONALD AVE,167,,BROOKLYN,USA,11223.

Phone# Home :000-0000000 Date of birth 08-Jan-1977.

Primary Insurance METROPLUS HEALTH MEDICAID V24 Identification Number VD90587W. Phone Number.

**PHYSICIAN INFORMATION:**
**Physician Information:**

| | |
|---|---|
| • **Physician Name** | BAGHIAN, SEPIDEH |
| • **License #** | 249838 |
| • **NPI** | 1215077185 |
| • **Physician Address:** | BRONX LEBANON HOSP ,1650 GRAND CONCOURSE,,BRONX,USA,10457 |
| • **Hospital Phone Number:** | (718) 590-1800 |

**Physical/Occupational Therapy:**
**Tracking Level:** Timely
**Complete First Visit By:** within 3 days
:: I do hereby certify it is a medical necessity that this pateint receive rehabilitation services to augment improvement and/or for restorative purposes
**Order:** Occupational Therapy
**Type:** Routine
**Side:** Right
**Body Part:** hand, wrist, forearm, elbow, right wrist/hand radial nerve neuritis
**Frequency:** twice a week
**Duration:** 6 weeks
**Weight Bearing Status:** weight bearing as tolerated
**Assistive Device(s):** none
**Prescription(s):** Evaluate and treat, Strengthening, Proprioception, Swelling reduction, AROM, AAROM, PROM, Therapeutic exercise, Modalities prn, Ultrasound, Heat therapy
**Comments:** Protherapy
1981 Jerome Ave, Bronx, NY 10453
(718) 589-2200
info@protherapyrehab.com
Monday-Friday: 9AM-6PM
Saturday: 9AM-2PM
Sunday: Closed

Requested by: BAGHIAN, SEPIDEH (MD), 23-Feb-2023 12:47                    Page 1 of 2



**Payment** $22
Sep 6, 2022

**Payment** + $21
Sep 3, 2022

**Payment** $68
Aug 27, 2022

**Payment** $1
Aug 27, 2022

**Payment** $67
Aug 26, 2022

**Payment** $67.25





# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ✦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



ERIC L. ADAMS
MAYOR

ARVA RICE
INTERIM CHAIR

---

October 04, 2022

Akaninyene Etuk
1923 McDonald Avenue, Unit 167
Brooklyn, NY 11223

Re: CCRB case number 202206432

Dear Akaninyene Etuk:

As we discussed over the phone, I will be requesting the records of your visit to Brookdale Hospital on September 18, 2022, as part of my investigation into your case. As these records are considered confidential medical information, I need your written consent in order to request them from the hospital.

In this envelope, I have sent you the following items (in order):
- An example HIPAA form with the lines I need you to initial, sign, and date, highlighted in orange.
- A letter that explains the meaning and history of a standard HIPAA form.
- A HIPAA release form information sheet.
- Two (2) copies of a HIPAA form that I need you to initial, sign, and date, and return to me. Please follow the example form as a guide and only fill out the areas that have been highlighted in orange on the example form. Please fill out BOTH copies, as a backup form may be necessary. I have already filled out your name, day of birth, and address for your convenience. Your social security number is not required for me to request your medical records.
- A prepaid return envelope for you to mail me both copies of the completed HIPAA forms free of charge.

Please don't hesitate to contact me (at the contact information below) if you have any questions about the form or your case in general. Thank you for your cooperation, and I look forward to receiving the completed forms soon, so that I can continue my investigation into your case.

Sincerely,

Julia Sapienza
Investigator

CCRB CTS

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*See Attachment*

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

*See Attachment*

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 06/24/2024 | |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| AKANIYENE | W | ETUK |
| First Name | Middle Initial | Last Name |

2404 ATLANTIC AVENUE #04
Street Address

| | | |
|---|---|---|
| BROOKLYN | NY | 11233 |
| County, City | State | Zip Code |

| | | |
|---|---|---|
| (818)485-9411 | (929)676-0970 | awetuk001@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7