UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Akaniyene William Etuk

Plaintiff,

-against-

City of New York

Defendants.
-------------------------------------------------------X

**AMENDED COMPLAINT**

24cv 05180 (  )(  )

ORIGINAL

REC'D IN PRO SE OFFICE
AUG 21 24 PM 12:44

See Attached #

( Addressing Proper Party.

08/21/24

---

**·UNITED STATES DISTRICT COURT**

**~~SOUTHERN~~ DISTRICT OF NEW YORK** *EASTERN*

500 Pearl Street

New York, NY 10007

**Akaniyene William Etuk**

2402 Atlantic Avenue #04

Brooklyn, New York, 11233

awetuk001@gmail.com

929-676-0970

**Pro Se Plaintiff**

---

**UNITED STATES DISTRICT COURT**

**~~SOUTHERN~~ DISTRICT OF NEW YORK** *EASTERN AC*

**Akaniyene William Etuk,**

Plaintiff,

v.

United State District Court

**City of New York, Brookdale University Hospital, Civilian Complaint Review Board (CCRB), Emergency Medical Services (EMS), and John Doe Officers 1-10,**

Defendants.

Case No.: _____

**COMPLAINT**

**Introduction**

This is a civil rights action brought by Plaintiff, Akaniyene William Etuk, against the City of New York, Brookdale University Hospital, the Civilian Complaint Review Board (CCRB), Emergency Medical Services (EMS), and John Doe Officers 1-10 for violations of Plaintiff's constitutional rights, including the right to privacy, protection against unreasonable searches and seizures, and the right to be free from excessive force, as well as other state law claims.

**Jurisdiction and Venue**

This Court has jurisdiction over this action under 28 U.S.C. § 1331 (federal question jurisdiction) and 42 U.S.C. § 1983 (civil action for deprivation of rights).

Venue is proper in the Southern District of New York under 28 U.S.C. § 1391(b) because the events giving rise to this claim occurred in this district, specifically in Kings County.

**Parties**

Plaintiff, Akaniyene William Etuk, is a resident of Brooklyn, New York.

United State District Court

Defendant, City of New York, is located at New York City Law Department, 100 Church Street, New York, NY 10007.

Defendant, Brookdale University Hospital, is a healthcare facility located at One Brookdale Plaza, Brooklyn, NY 11212.

Defendant, Civilian Complaint Review Board (CCRB), is an agency located at 100 Church Street, 10th Floor, New York, NY 10007.

Defendant, Emergency Medical Services (EMS), is located at 9 Metrotech Center, Brooklyn, NY 11201.

Defendants John Doe Officers 1-10 are officers of the NYPD (See Exhibit____)

**Facts**

On September 17, 2022, at approximately 9:00 AM, NYPD officers showed up at my place of residence at 2858 Linden Boulevard #3C, Brooklyn, NY 11208, to question my eligibility of residency. I presented proof of payments and informed them that I had established residency as required by state law. The NYPD officers left but returned around 8:30 PM with different groups of officers to forcefully and unlawfully remove me from my residence, rendering me homeless after I had established residency.

Officers of the NYPD, without contract, forced me to identify myself, violating my right to privacy.

United State District Court

Officers of the NYPD made several legal determinations without possessing a license to practice law.

Officers of the NYPD did not show their identification cards, thus failing to verify themselves as registered law enforcement officers.

Officers of the NYPD approached me with guns drawn and, under threat, duress, and coercion, forced me to leave my residence even though I was on the phone with the police emergency unit trying to figure out why their officers were at my residence.

Officers of the NYPD used force to the extent of causing pain and injury, placing me in handcuffs without any slack, which caused injury to my wrist.

Officers of the NYPD transported my service animal and me to a different location without a contract or my permission.

Emergency Medical Services (EMS) transported me to Brookdale University Hospital, located at One Brookdale Plaza, Brooklyn, NY 11212, where I was injected with a substance without my permission or consent, despite my forewarning against it.

Upon arrival at Brookdale University Hospital, I was left in pain caused by the tight handcuffs. Despite pleading with the responding doctor, Nashua Wisdom, MD, that the handcuffs were causing pain and injury to my hand, she ignored my pleas and walked away, leaving me under undue and unjustifiable punishment.

Officers refused to leave the residence even though I had called 911 and reported people in police uniform standing in front of my door.

United State District Court

The matter was reported to the Civilian Complaint Review Board (CCRB), which investigates complaints against NYPD officers. However, CCRB closed the case, denying me proper justice according to state law, and rather instead engaged in a bullying behavior.

**Claims for Relief**

**Count I: Violation of the Right to Privacy**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' actions in forcing Plaintiff to identify himself without justification violated Plaintiff's right to privacy.

**Count II: Excessive Force**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' use of physical force against Plaintiff without lawful justification constituted excessive force in violation of the Fourth Amendment.

**Count III: False Imprisonment**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' actions in detaining Plaintiff without lawful justification constituted false imprisonment.

**Count IV: Intentional Infliction of Emotional Distress**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' actions intentionally inflicted emotional distress on Plaintiff.

**Count V: Negligent Infliction of Emotional Distress**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' actions negligently inflicted emotional distress on Plaintiff.

**Count VI: Due Process Violations**

Plaintiff incorporates by reference the allegations set forth in paragraphs 1-11 as though fully set forth herein.

Defendants' actions deprived Plaintiff of liberty and property without due process of law, in violation of the Fourteenth Amendment.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, and award Plaintiff:

United State District Court

A. One million dollars ($1,000,000.00) for each violation of Plaintiff's constitutional rights and state law claims from each entity;

B. Punitive damages in an amount to be determined at trial;

C. Declaratory relief stating that Defendants' actions violated Plaintiff's constitutional rights;

D. Injunctive relief preventing Defendants from engaging in similar conduct in the future;

E. Reasonable attorney's fees and costs of this action;

F. Such other and further relief as the Court deems just and proper.

**Judge Demand**

Plaintiff demands a trial by judge on all issues so triable.

**Request for Subpoena**

Plaintiff requests that the Court issue a subpoena to the New York Police Department and Brookdale University Hospital for the names and badge numbers of the officers who transported Plaintiff to the hospital and any relevant documentation related to this transport. Plaintiff request that the court request all 911 call log made from that resident 2858 Linden Boulevard #3C, Brooklyn, NY 11208 on that day Sept, 17, 2022.  And also subpoena for call log for calls made from plaintiff's cell phone 1(818) 485-9411 to 911 on that day .

**Exhibits**

United State District Court

Exhibit A: Hospital Record

Exhibit B: Copy of Payments Made to Cory

Exhibit C: CityMD Record Showing Soft Tissue Swelling Around the Handcuff Region

Exhibit D: BronxCare Health System Orthopaedic Referral

Exhibit E: Document from Brookdale stating I was brought in handcuffed

Exhibit F: Document from Brookdale stating there was no sign of aggressive behavior

Exhibit G: Document showing I was injected without permission

Exhibit H: Document stating my medical record was fabricated

Exhibit I: Request to subpoena 911 call logs from 911 Emergency Call Center

Exhibit J: Document from CCRB indicating they were going to handle the case

Dated: 08/21/24

Respectfully submitted,

**Akaniyene William Etuk**

Plaintiff, Pro Se

2402 Atlantic Avenue #04

Brooklyn, New York, 11233

awetuk001@gmail.com

929-676-0970

**ONE BROOKLYN HEALTH SYSTEM** .
**BROOKDALE UNIVERSITY HOSPITAL**
One Brookdale Plaza
Brooklyn NY 11212-3139

Etuk, Akaninyene
MRN: 4090093, DOB: 1/8/1977, Sex: M
Acct #: 2005126763
Adm: 9/18/2022, D/C: 9/18/2022

## 09/18/2022 - ED in BHMC Emergency Department

### Reason for Visit

#### Chief Complaint

- Seizures (Went to CPEP and came back as seizure complaint)

#### Visit Diagnoses

| Name | Is ED? |
|------|--------|
| Other psychotic disorder not due to substance or known physiological condition (primary) | No |
| Seizure | Yes |

### Visit Information

#### Admission Information

| | | | | | |
|--|--|--|--|--|--|
| Arrival Date/Time: | 09/18/2022 0031 | Admit Date/Time: | 09/18/2022 0051 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Other | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | One Brooklyn Health | Unit: | BHMC Emergency Department |
| Admit Provider: | | Attending Provider: | Carolyne Gichinga, MD | Referring Provider: | |

#### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|----------------|-----------|------|-----------|---------|
| AMA | -- | Nashua Wisdom, MD | Sun Sep 18, 2022 5:14 AM | -- |

#### Discharge Information

Date/Time: 09/18/2022 0609                Disposition: Left Against Medical Advice    Destination: Left Ama
Provider: —                Unit: BHMC Emergency Department

#### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|----------------|-------------|---------|-----|--------------|
| Fawaz Faisal, MD | Neurology | | | 1218 W Olive Dr Burbank CA 91506 818-845-2255 |

### Visit Account Information

#### Hospital Account

| Name | Acct ID | Class | Status | Primary Coverage |
|------|---------|-------|--------|------------------|
| Etuk, Akaninyene | 2005126763 | Emergency | Billed | METRO PLUS INSURANCE - METROPLUS MEDICAID |

#### Guarantor Account (for Hospital Account #2005126763)

| Name | Relation to Pt | Service Area | Active? | Acct Type |
|------|----------------|--------------|---------|-----------|
| Etuk, Akaninyene | Self | BH | Yes | Personal/Family |
| **Address** | **Phone** | | | |
| 1923 MCDONALD AV 167 BROOKLYN, NY 11223-1828 | 818-485-9411(H) | | | |

#### Coverage Information (for Hospital Account #2005126763)

| | Precert # |
|--|-----------|
| F/O Payor/Plan | |

Printed on 1/5/23 11:56 AM                                    Pa.

Experity Teleradiology - ETUK, AKANINYENE - 46y - DX - 1 body part - xray - 3/8 - 07.10

3/8/23, 8:36 PM

# ⊞CITYMD
# WALK-IN URGENT CARE

1345 RXR Plaza Uniondale, NY 11556 T: 516-342-7075

3/8/23, 8:36 PM

| | | | | |
|---|---|---|---|---|
| Patient Name: | ETUK, AKANINYENE | | DOB: | 1/8/77 |
| Patient MRN: | 24202122 | | Gender: | M |
| Study Date: | Mar 8, 2023 8:10:04 PM EST | | Accession: | AC272833639 |
| Description: | XLVV X RAY RIGHT HAND 3 VIEWS | | Ref Phys: | YOUSSEF HANNI GEORGE |

Right hand 3 images.

No acute fracture or dislocation is seen. There is some soft tissue swelling.

Impression: No acute fracture noted.

*Electronically signed on Mar 8, 2023 8:34:50 PM EST (ET) by:*
*Jeffrey L. Lieberman, MD*

Experity Teleradiology - ETUK, AKANINYENE - 46y - DX - 1 body part - xray - 3/8 - 07:12

# ::CITYMD
## WALK-IN URGENT CARE

1345 RXR Plaza Uniondale, NY 11556 T: 516-342-7075

| | | | |
|---|---|---|---|
| Patient Name: | ETUK, AKANINYENE | DOB: | 1/8/77 |
| Patient MRN: | 24202122 | Gender: | M |
| Study Date: | Mar 8, 2023 8:12:45 PM EST | Accession: | AC272833636 |
| Description: | TILI X RAY RIGHT WRIST 3 VIEWS | Ref Phys: | YOUSSEF HANNI GEORGE |

Right wrist 3 views

No acute fracture or dislocation is noted.

Impression: No acute fracture noted.  If however the patient has pain localized to the scaphoid region, follow-up study in 7-10 days is suggested

Patient Name:      ETUK, A.I

Patient MRN:      24202122

*Electronically signed on Mar 8, 2023 8:36:11 PM EST (ET) by:*
*Jeffrey L. Lieberman, MD*

MRN: 1079-2802
Visit: 119-140-923
Age: 46y (08-Jan-1977)

**ETUK, Akaninyene**
Gender: Male

**BronxCare Health System**
**Current Location:**
**BronxCare Orthopedics**

---

**Orthopaedic Referral Note [Charted Location: BronxCare Orthopedics] [Date of Service: 23-Feb-2023 12:45, Authored: 23-Feb-2023 12:45]- for Visit: 119-140-923,** *Complete, Entered, Signed in Full, General*

**Encounter Type:**
• **Encounter Type:** Face to Face

**PATIENT INFORMATION:**
**Patient Information:**
Patient Name ETUK Akaninyene.

Address 1923 MCDONALD AVE,167,,BROOKLYN,USA,11223.

Phone# Home :000-0000000 Date of birth 08-Jan-1977.

Primary Insurance METROPLUS HEALTH MEDICAID V24 Identification Number VD90587W.
Phone Number.

**PHYSICIAN INFORMATION:**
**Physician Information:**
• **Physician Name**
• **License #**
• **NPI**
• **Physician Address:**

• **Hospital Phone Number:**

BAGHIAN, SEPIDEH
249838
1215077185
BRONX LEBANON HOSP ,1650 GRAND CONCOURSE,,BRONX,USA,10457
(718) 590-1800

**Physical/Occupational Therapy:**
**Tracking Level:** Timely
**Complete First Visit By:** within 3 days
:: I do hereby certify it is a medical necessity that this pateint receive rehabilitation services to augment improvement and/or for restorative purposes
**Order:** Occupational Therapy
**Type:** Routine
**Side:** Right
**Body Part:** hand, wrist, forearm, elbow, right wrist/hand radial nerve neuritis
**Frequency:** twice a week
**Duration:** 6 weeks
**Weight Bearing Status:** weight bearing as tolerated
**Assistive Device(s):** none
**Prescription(s):** Evaluate and treat, Strengthening, Proprioception, Swelling reduction, AROM, AAROM, PROM, Therapeutic exercise, Modalities prn, Ultrasound, Heat therapy
**Comments:** Protherapy
1981 Jerome Ave, Bronx, NY 10453
(718) 589-2200
info@protherapyrehab.com
Monday-Friday: 9AM-6PM
Saturday: 9AM-2PM
Sunday: Closed

Requested by: BAGHIAN, SEPIDEH (MD), 23-Feb-2023 12:47                Page 1 of 2

5/28/24, 1:28 PM    Case 1:24-cv-05180-EK-RML    Document-transmde.04.06/24/24.png4...Page 17 of 22 PageID #: 17









# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ✦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



**ERIC L. ADAMS**
**MAYOR**

**ARVA RICE**
**INTERIM CHAIR**

---

October 04, 2022

Akaninyene Etuk
1923 McDonald Avenue, Unit 167
Brooklyn, NY 11223

Re: CCRB case number 202206432

Dear Akaninyene Etuk:

As we discussed over the phone, I will be requesting the records of your visit to Brookdale Hospital on September 18, 2022, as part of my investigation into your case. As these records are considered confidential medical information, I need your written consent in order to request them from the hospital.

In this envelope, I have sent you the following items (in order):
- An example HIPAA form with the lines I need you to initial, sign, and date, highlighted in orange.
- A letter that explains the meaning and history of a standard HIPAA form.
- A HIPAA release form information sheet.
- Two (2) copies of a HIPAA form that I need you to initial, sign, and date, and return to me. Please follow the example form as a guide and only fill out the areas that have been highlighted in orange on the example form. Please fill out BOTH copies, as a backup form may be necessary. I have already filled out your name, day of birth, and address for your convenience. Your social security number is not required for me to request your medical records.
- A prepaid return envelope for you to mail me both copies of the completed HIPAA forms free of charge.

Please don't hesitate to contact me (at the contact information below) if you have any questions about the form or your case in general. Thank you for your cooperation, and I look forward to receiving the completed forms soon, so that I can continue my investigation into your case.

Sincerely,

Julia Sapienza
Investigator

CCRB CTS

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

See ATTACHMENT

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

See ATTACHMENT

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06/24/2024
Dated

Plaintiff's Signature

AKANIYENE                W                ETUK
First Name            Middle Initial        Last Name

2404   ATLANTIC   AVENUE #04
Street Address

BROOKLYN                        NY                11233
County, City                        State            Zip Code

(818)485-9411  (929)676-0970  awetuk001@gmail.com
Telephone Number                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7